No. 84–495.   THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. v. AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLO-

GISTS ET AL. C. A. 3d Cir. [Probable jurisdiction postponed, 471 U. S. 1014.] Motion of Alan Ernest to allow counsel to represent children unborn and born alive denied. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.